# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-754
_____

JEAN CENECHARL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Alachua County.
Mark W. Moseley, Judge.

March 5, 2019

PER CURIAM.

AFFIRMED.

WOLF, MAKAR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jean Cenecharl, pro se, Appellant.

Ashley B. Moody, Attorney General, and Quentin Humphrey, Assistant Attorney General, Tallahassee, for Appellee.